IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANEEKA ANDRANETTE MARTIN**                                    PLAINTIFF

v.                          CASE NO. 4:22-CV-01054-BSM

**SOCIAL SECURITY ADMINISTRATION**
**Kilolo Kijakazi, Acting Commissioner**                          DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 16] is adopted. The commissioner's decision is affirmed and judgment is entered for the defendant.

IT IS SO ORDERED this 7th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE