IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANEEKA ANDRANETTE MARTIN                                                          PLAINTIFF

v.                              CASE NO. 4:22-CV-01054-BSM

SOCIAL SECURITY ADMINISTRATION
Kilolo Kijakazi, Acting Commissioner                                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2023.


_____
UNITED STATES DISTRICT JUDGE